UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x STIPULATION OF VOLUNTARY DISMISSAL
JAMIE GRAMBO,                                             2:17-cv-02726 (JS) (AYS)
                Plaintiff,

  -against-

RELIANT CAPITAL SOLUTIONS, LLC                         **ORDER**
                Defendant.
-------------------------------------------------------x

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Jamie Grambo, Plaintiff, hereby stipulates to and gives notice of Dismissal of this action in its entirety with prejudice as to herself and without prejudice as to the rights of the unnamed putative class members.

IT IS SO STIPULATED this 14th Day of August 2017.

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile (888) 522-1692
E-Mail: akleinman@kleinmanllc.com
Attorney for Plaintiff

_____
Arthur Sanders, Esq.
Barron & Newburger, PC
30 South Main Street
New City, New York 10956
Telephone (845) 499-2990

asanders@bn-lawyers.com
Attorney for Defendant

**IT IS SO ORDERED:**

Dated: Aug. 25, 2017

The Clerk of the Court is directed to mark this case CLOSED

/s/ JOANNA SEYBERT
_____
Joanna Seybert
Judge, United States District Court.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 25 2017 ★

LONG ISLAND OFFICE